Form Number LR 3015-1 A (12/15)

# CHAPTER 13 PLAN

Debtor(s): **Abdul H. Khan**       SS#: **xxx-xx-5613**   Net Monthly Earnings: **2,475.00**      Case No.: **16-01799**

SS#: _____        Number of Dependents: **1**

1. Plan Payments:
   ( **X** ) Debtor(s) propose to pay direct a total of $ _____ **2,475.00** ☐ weekly ☐ bi-weekly ☐ semi-monthly ☑ monthly into the plan; or
   ( ___ ) Payroll deduction Order: To _____ for
   $ _____ ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly.

   Length of plan is **60** months, and the total debt to be paid through the plan is $ **120,000.00** .

   ☐ Chapter 13 filing fees will be paid through the chapter 13 trustee assigned to the case.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| **-NONE-** | | | |

B. Total Attorney Fee: $ **3,000.00** ; **$740.00** paid pre-petition; $ **2,240.00** to be paid at confirmation and $ **20.00** per month.

C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular Payment to be Paid (check box) | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months Included in Arrearage Amt. | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| **Seterus, Inc.,** | **$52,477.00** | ☐ by Trustee ☑ by Debtor **$548.00** | 06/2016 | **$0.00** | 0 | 0.00% | **$0.00** |

2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments | Fixed Payment to Begin (Month/Year) |
|---|---|---|---|---|---|---|---|---|
| **Amirali H. Panjwani** | **$0.00** | **$129,512.00** | **$109,180.00** | **$20,332.00** | **PAK Welcome Stop & Shop, Inc.,** | 6.5% | **$1,575.00** | 11/2016 |
| **GreenSky Trade Credit** | **$54.00** | **$5,371.00** | **$3,000.00** | **$2,371.00** | A.C. Unit | 5.00% | **$115.00** | 11/2016 |

III. Other debts (**not shown in 1 or 2 above**) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| **-NONE-** | | | | |

IV. Special Provisions (check all applicable boxes):

☐ This is an original plan.

☑ This is an amended plan replacing plan dated **08/18/16** .

☑ This plan proposes to pay unsecured creditors **34** %.

☑ Other Provisions:
Debtor attorney fees shall be paid with monthly fixed payments pursuant to Administrative Order 11-01. Debtor will use tax refund to pay unsecured creditors. Debtor will continue to pay pre&post utility service debt in lieu of posting a deposit of adequate assurance of future payments under section 366 and acknowledges that the automatic stay does not bar a utility's effort to collect pre&post utility service debt.

Attorney for Debtor Name/Address/Telephone #        Dated: **September 9, 2016**        **/s/ Abdul H. Khan**
**Stephen H. Jones JON095**                                          **Abdul H. Khan**
**1714 4th Avenue North**                                            Signature of Debtor
**Bessemer, AL 35020**
Telephone # **205-428-2110**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

**IN RE:**

**CASE NO.:**

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing via CM-ECF on the Trustee and all creditors or counsel of by electronic notice; as per the creditors matrix and to all creditors listed on the creditors matrix that do not receive electronic notice by depositing a copy of the same in the U.S. Mail, properly addressed and first-class postage prepaid on this the ___9___ day of ___Sept___ 2016.

D. Sims Crawford
Chapter 13 Standing Trustee
P O Box 10848
Birmingham, AL 35202-0848

/s/Stephen H. Jones
**Stephen H. Jones**
**Attorney At Law**
**1714 Fourth Avenue North**
**Bessemer, AL 35020**
**(205) 428-2110**