**UNITED STATES BANKRUTCY COURT**
**NORTHERN DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| In Re: | ) | Case No.: |
| **Abdul Khan** | ) | **16-01799-TOM** |
| | ) | |

## OBJECTION TO CLAIM NO.: 17

**COMES NOW,** the Debtors, by and through attorney of record, Stephen H. Jones and objects to **Claim No.: 17** filed by **Federal National Mortgage Association** in the amount of **$52,703.89** and as grounds thereof states as follows:

1. The Debtor has no objection to the arrearage being paid through the plan. However, the debtor has paid and continues to pay the loan directly.

**WHEREFORE PREMISES CONSIDERED**, Debtors requests this honorable court to disallow Claim No.: 17 to be paid as a priority claim.

/s/ Stephen H. Jones
**STEPHEN H. JONES**
**Attorney for Debtor**
**1714 Fourth Avenue North**
**Bessemer, AL 35020**
**205-482-2110**

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Objection via CM-ECF on D. Sims Crawford, Trustee, and all creditors or counsel of record that have elected to receive electronic notice via CM/ECF system; and on all other creditors listed on the creditor matrix by depositing a copy of the same in the U.S. Mail, properly addressed and first-class postage prepaid this the 30th day of May, 2017.

C. David Cottingham
Chapter 13 Standing Trustee
P.O. BOX 10848
Birmingham, AL 35201

Thomas Tutten, Jr.
Attorney for Creditor
2311 Highland Avenue South
Birmingham, AL 35205

/s/Stephen H. Jones
**STEPHEN H. JONES**